UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| KRYSTIN PENNINGTON,<br>Plaintiff, | )<br>)<br>) | Civil Action No.: 1:21-cv-00001 |
| v. | )<br>) | Magistrate Judge<br>Karen L. Litkovitz |
| | ) | |
| ANDREW SAUL<br>Commissioner of Social Security,<br>Defendant. | )<br>)<br>)<br>) | |

## ORDER

This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that:

This matter shall be remanded back to the Commissioner for further administrative proceedings, pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g), for further development of the record.

Entered:

DATE: __Jul 7, 2021_____

Karen L. Litkovitz
United States Magistrate Judge